# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| NATHAN R. STEWART and TODD B. SIMPSON, on behalf of themselves and others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) COUCH, CONVILLE & BLITT LLC, ) ) Defendant. ) | Civil Action No.: 1:15-cv-01083 |

## STATUS REPORT

On June 10, 2015, the parties to this matter filed their notice of settlement, and requested 30 days to file appropriate dismissal paperwork with this Court. The parties are, however, still finalizing the details of their agreement, and accordingly request an additional 30 days to file appropriate dismissal paperwork.

Date: July 10, 2015

Respectfully Submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was file electronically on July 10, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron. D. Radbil
Aaron D. Radbil

1