IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NATHAN R. STEWART and TODD B. SIMPSON,

    Plaintiffs,

v.                                        No. 15-1083

COUCH, CONVILLE & BLITT, LLC,

    Defendant.

_____

ORDER ADMINISTRATIVELY CLOSING CASE
_____

This Court, having been advised by counsel that settlement has been reached on all matters in this case, DIRECTS that this action be DISMISSED. Furthermore, all pending motions are DENIED as moot and all proceedings currently set before the Court are removed from the Court's calendar.

The dismissal granted herein shall be without prejudice for a period of thirty (30) days from the entry of this order. If settlement is not consummated within that period, the parties may reopen this action upon motion approved by the Court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

IT IS SO ORDERED this 13th day of July 2015.

                                                       s/ J. DANIEL BREEN
                                                       CHIEF UNITED STATES DISTRICT JUDGE