# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

NATHAN R. STEWART and TODD B. SIMPSON,

       Plaintiffs,

v.                                                                        Civil Action No. 1:15-cv-1083-JDB/egb

COUCH, CONVILLE & BLITT, LLC,

       Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 7/27/2015, this case is hereby dismissed with prejudice.

**APPROVED:**

                                          s/J. Daniel Breen
                                          Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**